UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------X
SHANI MARCUS,

                                                    Civ. No: 3:15-cv-06047-MAS-LHG

              Plaintiff,

       -against-

VALENTINE & KEBARTAS, INC.,

              Defendant.
-----------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Whereas no party has filed an Answer to the Complaint filed in this action, the Plaintiff hereby voluntarily dismisses this action against Defendant VALENTINE & KEBARTAS, INC., and discontinues her claims against the Defendant in the above-captioned matter, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:       December 29, 2015      /s/ Yitzchak Zelman_____
                                          Yitzchak Zelman, Esq. (YZ5857)
                                          MARCUS & ZELMAN, P.C.
                                          1500 Allaire Avenue, Suite 101
                                          Ocean, New Jersey 07712
                                          Phone:    (732) 695-3282
                                          *Attorney for the Plaintiff*